The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA RIVER ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MKT AND ASSOCIATES, LLC, a Washington limited liability company; MATTHEW KEEFE, an individual; and BRIAN SCALABRINE, an individual,<br><br>Defendants. | NO. 3:24-cv-05696-LK<br><br>**STIPULATED MOTION AND ORDER TO DISMISS** |

STIPULATION

The parties have reached a settlement in this matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled matter may be dismissed with prejudice and without costs or attorneys' fees to either party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 17th day of February, 2025.

By */s/ Kristin Nealey Meier*
*/s/ Brian D. Ernst*
Kristin Nealey Meier, WSBA #33562
Brian D. Ernst, WSBA #57038
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500

STIPULATED MOTION AND ORDER TO DISMISS - 1
Case No. 3:24-cv-05696-LK

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

```
                    Seattle, Washington 98101-2668
                    Telephone: (206) 464-4224
                    kmeier@ryanlaw.com
                    ernst@ryanlaw.com
                Attorneys for Plaintiff

                By /s/ Kent Michael Fandel
                    Kent Michael Fandel, WSBA #16281
                    Miller Nash LLP
                    605 5th Ave S, Ste 900
                    Seattle, WA 98104
                    Tel: 206.624.8300 | Fax: 206.340.9599
                    Michael.Fandel@millernash.com
                Attorneys for Defendants

                By /s/ Jacob D. Koering
                    Jacob D. Koering (Admitted Pro Hac Vice)
                    MILLER CANFIELD PADDOCK & STONE (IL)
                    227 W Monroe St., Ste 3600
                    Chicago, IL 60606
                    T: 1.312.460.4272
                    koering@millercanfield.com
                Attorneys for Defendants
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __18th__ day of February, 2025.

_/s/ Lauren King_
The Honorable Lauren King
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO DISMISS - 2
Case No. 3:24-cv-05696-LK

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224